3

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**



JUL 1 0 2000

Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-00-85 |
| | § | (Claim No.: 113312) |
| DANIEL LOPEZ, | § | |
| | § | |
| | § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order of Conference and Disclosure of Interested Parties, the United

States of America ("USA") files the following:

**Plaintiff**:
United States Department of Education
San Francisco Service Center
50 United Nations Plaza, Room 224
San Francisco, CA 94102

**Defendant**:
Daniel Lopez
2213 E. Ella
Harlingen, TX 78550

Respectfully submitted,

By: _M H. Cersonsky_

M H. Cersonsky, TBA #04048500
U.S. Southern District No. 5082
5065 Westheimer, Suite No. 600
Houston, TX 77056
Tel: (713) 840-1492
Fax: (713) 840-0038

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

**Attorney for the United States of
America**

ClibPDF - www.fastio.com

# CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the above and foregoing will be delivered by the Constable delivering the Original Complaint and Summons, on July 6, 2000, to:

Daniel Lopez
2213 E. Ella
Harlingen, TX 78550

M. H. Cersonsky

ClibPDF - www.fastio.com