O 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

4

CAB-00-85

Service of the Summons and Complaint was made by me[1]

DATE: 6-26-00

NAME OF SERVER (PRINT): Manuel Flores Jr

TITLE: Deputy Constable

United States District Court
Southern District of Texas
FILED

JUL 31 2000

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: 2213 Elk St.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[✓] Other (specify): Served under rule 742-A.  7-20-00

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-27-00  7-20-00
             Date

Signature of Server

608 E Harrison Alice, Tx
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Cameorn County**
**Constable Department Pct. 4**
**608 E. Harrison**
**Harlingen, Texas 78550**
**956 427-8052**
**Affidavit For Rule 742-A**

STATE OF TEXAS §
COUNTY OF CAMERON §

BEFORE ME, the undersigned authority, on this day personally appeared ___Manuel Flores, Jr.___ who after being duly sworn, did upon oath state the following:

1. "My name is ___Manuel Flores, Jr___ I am over the age of eighteen (18) years, and fully competent to testify to the matters stated in this affidavit and each is true and correct."

2. "I am a Deputy Constable employed by Roberto Lopez Constable for Pct. 4 Cameron County, Texas."

3. " I am a person wholly disinterested in the cause described in the attached documents, I am not related by blood or marriage to any of the parties to this suit, and I am in all things competent to make oath of the facts stated herein."

4. "On the ___26th___ day of ___June___ 2000, I was assigned a ___Citation___ in cause No. ___B-00-85___, styled ___USA___ vs. ___Daniel Lopez___ "I was instructed to attempt service upon ___Daniel Lopez___ at ___2213 Ella Harlingen___, Texas which is the party (ies) usual place of abode."

5. " I have made several attempts to obtain personal service of process on the within named defendant at ___2213 Ella St.___, **Texas** which I determined to be the Defendant(s) usual place of residence."

| Date | Time | Place | Result |
|---|---|---|---|
| 6-27-00 | 9:30 A— | 2213 Ella | N/C |
| 7-10-00 | 10:30 A— | 2213 Ella | N/C |
| 7-18-00 | 8:15 A— | 2213 Ella | N/C |

6. "I believed this party will be given effective notice of this suit by delivering a true copy of the Citation, with the petition attached by serving anyone over sixteen (16 years of age at the party's usual place of above/business, pursuant to the provision of Rule 106 / 536, and 742a, Texsa Rules of Civil Procedure."

Signed this ___20t___ day of ___July___ 2000. Time _____ p.m.

_____
~~Constable~~ / Deputy Constable