UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 14 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-00-85 |
| | § | (Claim No. 113312) |
| DANIEL LOPEZ, | § | |
| | § | |
| Defendant. | § | |

### REQUEST FOR ENTRY OF DEFAULT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The UNITED STATES OF AMERICA ("USA"), Plaintiff requests the Court to enter Default against Defendant, Daniel Lopez, pursuant to Federal Rule of Civil Procedure 55, and in support would show:

1.   Plaintiff filed suit against Defendant on June 12, 2000. Defendant was personally served with a copy of the Citation and Summons on June 26, 2000, by Deputy Constable Manuel Flores, Jr., which executed summons was filed with the Court on or about .

2.   As of August 10, 2000 no answer has been filed.

For these reasons, the United States of America requests that default be entered in this case.

Respectfully submitted,

By: _____
M.H. Cersonsky, TBA #04048500, Fed.#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / Fax (713) 840-0038
Attorney in Charge for United States of America

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was sent by certified mail, return receipt requested, on August 10, 2000, to:

Daniel Lopez
2213 E. Ella
Harlingen, TX 78550

M.H. Cersonsky