

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court
Southern District of Texas
FILED**

**AUG 2 2 2000**

**Michael N. Milby
Clerk of Court**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| vs. | § | C.A. No.: B-00-85 |
| | § | (Claim No. 113312) |
| DANIEL LOPEZ, | § | |
| Defendant. | § | |

## ~~ORDER ON REQUEST FOR~~ Clerk's ENTRY OF DEFAULT

On this day, came on to be heard Plaintiff's Request for Entry of Default against Defendant. Although Defendant was cited to appear and answer herein, he has failed to file an answer within the time allowed by law. Therefore, the Court is of the opinion that Default against Defendant should be entered.

It is, accordingly, ordered, adjudged, and decreed that the Clerk of the Court enter Default against Defendant, Daniel Lopez.

Signed on this 22nd day of August, 2000, at Brownsville, Texas.

Michael N. Milby, Clerk

By _____
~~United States District Judge~~
Deputy Clerk