8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

SEP 5 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-00-85 |
| | § | (Claim No. 113312) |
| DANIEL LOPEZ, | § | |
| | § | |
| Defendant. | § | |

### AFFIDAVIT OF AMOUNT DUE

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

I, M. H. CERSONSKY, being first duly sworn, state that I am the attorney for plaintiff in the above-entitled and numbered action; that the records of the Clerk of this Court show that the Summons and Complaint in this cause were duly served on Defendant on June 26, 2000, and that, although more than 20 days have passed since such service, defendant has failed to appear, plead or otherwise defend; and that to my best information and belief defendant is not an infant or incompetent person and not in the military service within the purview of the Soldier's and Sailor's Civil Relief Act of 1940 as amended.

I further state that I have read the Complaint filed in this action, know the contents thereof and am familiar with the evidence which would be offered by plaintiff at the trial of this case. Based thereon, I officially state that to the best of my information and belief there is now due by defendant to plaintiff on the debt set forth in the Complaint, the following amounts:

| | |
|---|---|
| Principal Balance: | $1,866.91 |
| Total Interest Accrued (As of 2/26/99) | $1,125.87 |
| Attorney's Fees | $  550.00 |
| | $3,542.78 |
| Less Credits (Debtor Payments) | $    0.00 |
| Total Owed | $3,542.78 |

Interest Rate:  8.41%
Daily Accrual:  $0.43

By: */s/ M. H. Cersonsky/*

M. H. Cersonsky, TBA #04046500, SDT# 5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for the United States of Americaf**

SUBSCRIBED AND SWORN TO before me on August 30, 2000, to which witness by hand and seal of office.

*/s/ S.K. Davis*
Notary Public, State of Texas

S.K. DAVIS
Notary Public, State of Texas
My Commission Expires
OCTOBER 18, 2003.