9

United States District Court
Southern District of Texas
FILED

SEP 5 2000

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-00-85 |
| | § | (Claim No. 113312) |
| DANIEL LOPEZ, | § | |
| | § | |
| Defendant. | § | |

### NONMILITARY AFFIDAVIT

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority on this day personally appeared the undersigned affiant, who being by me duly sworn, on oath stated:

"I am attorney of record for Plaintiff in the above-entitled and numbered cause. Defendant Daniel Lopez was not in military service when this suit was filed, has not been in military service of the United States of America.

This determination is based on an investigation of records available to me, and the fact that all mail from this office to the defendant has been sent to and received at a civilian address."

By: _____
M. H. Cersonsky, TBA #04048500, SDT# 5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for the United States of America**

SUBSCRIBED AND SWORN TO before me on August 30, 2000, to which witness by hand and seal of office.

_____
Notary Public, State of Texas



S.K. DAVIS
Notary Public, State of Texas
My Commission Expires
OCTOBER 18, 2003.