UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
DIVISION

United States District Court
Southern District of Texas
FILED

SEP 5 2000

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § | |
| vs. | § | C.A. No.: B-00-85 |
| | § | (Claim No. 113312) |
| DANIEL LOPEZ, | § | |
| Defendant. | § | |

### AFFIDAVIT OF M. H. CERSONSKY
### IN SUPPORT OF ATTORNEY'S FEES

BEFORE ME, the undersigned Notary Public, on this day personally appeared M. H. Cersonsky, who, being by me duly sworn on his oath did depose and say:

1. My name is M. H. Cersonsky. I am over the age of eighteen (18) years. I have never been convicted of a crime. I am an attorney duly licensed to practice law in the State of Texas. I office at 5065 Westheimer, Suite 600, Houston, Texas 77056. I have been practicing law for twenty (20) years and am familiar with the usual and customary fees charged by attorneys in this area.

2. I believe that $550.00 is a reasonable fee for the services performed in pursuing this case to date which included reviewing the file, consulting with representatives of the client when necessary, drafting the complaint, and drafting the default judgment motion and supporting affidavits.

3. I am the attorney of record for the United States of America in this cause. Further, I am duly licensed to practice law in the courts of the State of Texas as well as the Southern District of Texas and the Western District of Texas and am familiar with the fees customarily charged by practicing attorneys throughout the Southern District of Texas, including in the Brownsville, McAllen, Corpus Christi, Galveston, Victoria, Laredo and Houston divisions.

4. Based upon the fees customarily charged in the Brownsville Division of the Southern District of Texas for similar services based on the time, labor and difficulties, encountered and to be encountered in locating assets of the Defendant and executing upon same, and considering my own experience, reputation and abilities as a lawyer, it is my opinion that a reasonable attorney's fee for this case through default judgment would be $550.00, against Daniel Lopez;



Further that in the event of appeal, reasonable fees would be as follows:

$7,500.00 to the Fifth Circuit Court of Appeals.

_____
M. H. Cersonsky

SUBSCRIBED AND SWORN TO before me on August 30, 2000, to which witness my hand and seal of office.

_____
Notary Public in and for
The State of Texas

S.K. DAVIS
Notary Public, State of Texas
My Commission Expires
OCTOBER 18, 2003.