1 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk O. H. Ledge

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-85 |
| | § | |
| DANIEL LOPEZ, | § | |
| | § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A.  The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

B.  Plaintiff's Motion for Default Judgment (Docket No. 7) is hereby GRANTED; and

C.  Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

1. Principal Balance                          $   1,866.91
2. Interest Accrued (As of 02/26/99)          $   1,125.87
3. Administrative fees, costs, penalties      $       0.00
4. Attorney's fees                            $     550.00
5. Interest Rate:                                   8.41%
6. Daily Accrual:                             $       0.43
7. TOTAL Balance Due                          $   3,542.78
8. Post-Judgment Interest equals  6.241 % per annum.

DONE in Brownsville, Texas this 27 day of October 2000.

Hilda Tagle
United States District Judge

3